```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HESHAM HAMID ALI and RAHEEL KHALED  :
ELAYAH,                                                       :
                                                              :     1:22-cv-1139-GHW
                                   Plaintiffs,                :
                                                              :     ORDER
                     -v -                                     :
                                                              :
MERRICK GARLAND, et al.,                                      :
                                                              :
                                   Defendants.                :
                                                              X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

    The Civil Cover Sheet filed by Plaintiffs, Dkt. No. 2, does not provide the addresses of the Plaintiffs, and the Petition does not indicate where they reside. Plaintiffs are directed to provide that information to the Court forthwith.

    SO ORDERED.

Dated: February 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge